**SO ORDERED.**

**SIGNED this 22 day of April, 2019.**



_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

IN RE:

YAHWEH CENTER, INC.,                         Case No. 16-04306-5-JNC
    Debtor                                            Chapter 11
_____

RICHARD P. COOK, Plan Trustee for
Yahweh Center, Inc.,
    Plaintiff,

v.                                                        Adv. Pro. No. 18-00082-5-JNC

CARLA J. ROBERTS, TONY P. ROBERTS,
CHARLES A. BARTON, GLENN R. FOX,
HEATHER C. MUELLER, WILLIAM S. MUELLER,
MICHAEL L. RONCONE, HORACE L. HAWES,
JOSEPH MICHAEL HUTSON, EDWARD C.
ELMORE, III, SUNTRUST BANK, BURT &
ASSOCIATES, LP, CONSILIUM STAFFING, LLC,
FIRST INSURANCE FUNDING CORP., WOLF
HUNTER SECURITY, WILLIS J. ADAIR, and
UNITED STATES OF AMERICA,
    Defendants

### ENTRY OF FINAL JUDGMENT AS TO CLAIMS AGAINST SUNTRUST

    Pursuant to Rule 7054 of the Federal Rules of Bankruptcy Procedure, the Order Allowing Motion to Dismiss Filed by SunTrust Bank, D.E. 193, is determined to be a final judgment as to the claims of the Plaintiff against SunTrust Bank in this action, as the order granting the motion to dismiss disposed of all claims against SunTrust. There is no reason

to delay entry of judgment and the order meets the standards of Rule 7054, as there are no remaining claims or issues that could impact the claims against SunTrust.

**END OF DOCUMENT**